**David J. Riewald, OSB No. 880969**
driewald@bullardlaw.com
**Benjamin P. O'Glasser, OSB No. 074858**
boglasser@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR  97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendant Bent Enterprises, Inc., dba Fillup's Trucking

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| BRIAN PURSELL, | Case No.  3:15-cv-01427-AC |
| Plaintiff, | **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BENT ENTERPRISES, INC., dba FILLUP'S TRUCKING, a domestic business corporation, | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(ii), Plaintiff Brian Pursell, by his counsel, Jon H. Weiner, and Defendant Bent Enterprises, Inc., dba Fillup's Trucking by its counsel, Ben O'Glasser, hereby stipulate that the claims in this case are dismissed with prejudice

Page 1    STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

5169/2 00671520 V 1

and without costs or attorneys' fees to any party, and to the entry of judgment accordingly.

BULLARD LAW

/s Benjamin P. O'Glasser
Benjamin P. O'Glasser, OSB #074858
Of Attorneys for Defendant

/s/ Jon Weiner
Jon H. Weiner, OSB #993944
Of Attorneys for Plaintiff

DATED: January 26, 2016

DATED: January 29, 2016

It is so ordered this 1st day of February, 2016.

United States ~~District Court~~ Judge Magistrate

Page 2   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE